UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. HOLDEN,<br><br>        Petitioner,<br><br>        v.<br><br>KELLEY HARRINGTON,<br><br>        Respondent. | ) CASE NO. CV 10-9395-AHM (PJW)<br>)<br>)<br>) J U D G M E N T<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 22, 2010

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA10CV09395AHM-J.wpd